ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____7/18/12_____

DEPUTY CLERK _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROGER R. HUDGINS,

          Plaintiff,

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

Case No.  EDCV 12-0390-ODW (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: _____07-16-2012_____

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE